223 So.2d 866 .

∎

James A. STERLING et ux.

v.

Harness JONES et ux.

No. 49926.

June 27, 1969.

In re: James A. Sterling et ux. applying for certiorari, or writ of review to the Court of Appeal, First Circuit, Parish of E. Baton Rouge. 222 So.2d 343.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

223 So.2d 867

∎

Percy H. PIERRE, etc.

v.

ALLSTATE INSURANCE COMPANY and Opial Stinson, wife of/and Harry Brooks.

No. 49911.

June 27, 1969.

In re: Percy H. Pierre et al. applying for certiorari, or writ of review, to the

Court of Appeal, Fourth Circuit, Parish of St. Charles. 221 So.2d 846.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.